**Nebraska Court of Appeals Memorandum Opinions**
**NOT Selected for Posting to Court Website**

**(released the week prior to May 1, 2018)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-17-373        State v. Lopez-Bracamontes

A-17-770,
A-17-879        State v. Zephier

A-17-795,
A-17-796        In re Interest of Amari B. & Alyssa B.

A-17-1091       In re Interest of Brelaan G. & Makhi B.

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.